IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01149-RPM

CAROLINE LEREW,

    Plaintiff,

v.

VAIL VALLEY FOUNDATION,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal filed by the parties on November 24, 2009, it is

ORDERED that this action is dismissed with prejudice without costs to either party.

DATED:   November 25th, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge